# UNITED STATES BANKRUPTCY COURT
## Northern DISTRICT OF California
## Oakland DIVISION

IN RE:

Johnny Lusnong Lingbanan
Victoria Mendoza
Lingbanan; JVTCM Care,
LLC  DEBTOR.

CASE NUMBER: 11-73169;12-49353

JUDGE    Hon. William J. Lafferty II

CHAPTER 11

## DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT
### FOR THE PERIOD
FROM MAY 9 2014 TO JUNE 30 2014

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 8/22/14

Matthew Metzger
Attorney for Debtor

Debtor's Address
and Phone Number:
   via counsel

Tel. _____

Attorney's Address
and Phone Number:
Belvedere Legal, PC
1777 Borel Place, Suite 314,
San Mateo, CA 94402
Tel: 415.513.5980
Fax: 415.513.5985
Email: mmetzger@belvederelegal.com

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http://www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Johnny & Victoria Lingbanan / JVTCM
Case No. 11-73169 / 12-49353

Debtor (s)   For the quarter ending: 06/30/2014 [1]

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan: 05/08/2014

2. Cash balance at beginning of quarter: $134,939.00
   Total receipts during quarter: $118,616.72
   Total disbursements during quarter: $180,415.14
   Cash balance at end of quarter: $73,140.58

3. Payments made pursuant to the Plan this quarter: $33,511.62

   Total payments to be made pursuant to the Plan: $2,290,375.00
   Cumulative paid to date: $33,511.62
   Balance remaining to be made under the Plan: $2,256,863.38

   As of the end of this reporting period | Yes | No

4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.]  X

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.)  X

6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan?  X

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|   |   |   | Yes | No |
|---|---|---|---|---|
| 7. | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) | | X | |
| 8. | Has the order confirming the Plan become nonappealable? | | X | |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.) | | X | |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? | | | N.A. |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) | | | X |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? | | X | |
| 13. | Anticipated date of motion for final decree: | | 09/15/2014 | |

I declare under penalty of perjury that the statements set forth above are true and accurate.

8/22/2014
Dated:

/s/
Responsible Individual (signature)

Johnny Lusnong Lingbanan
Print Name

Current Address:
via counsel - Belvedere Legal, P.C.
1777 Borel Place Suite 314
San Mateo, CA 94402

Telephone Number:
via counsel - 415.513.5980

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name: Lingbawn / JVTCM
Case Number: 11-73169 / 12-49353
Date of Plan Confirmation:

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|  |  | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | CASH (Beginning of Period) | $ 134,939 | $ 134,939 |
| 2. | INCOME or RECEIPTS during the Period | $ 118,616.72 | $ 118,616.72 |

3. **DISBURSEMENTS**
   a. Operating Expenses (Fees/Taxes):
      (i) U.S. Trustee Quarterly Fees
      (ii) Federal Taxes
      (iii) State Taxes
      (iv) Other Taxes — Property
   b. All Other Operating Expenses:
   c. Plan Payments:
      (i) Administrative Claims
      (ii) Class One
      (iii) Class Two
      (iv) Class Three
      (v) Class Four
      (Attach additional pages as needed)

|  | Quarterly | Post Confirmation Total |
|---|---|---|
| (i) | $ | $ |
| (ii) | 3863.18 | 3863.18 |
| (iii) |  |  |
| (iv) | 12,511.71 | 12,511.71 |
| b. | $ 130,528.63 | $ 130,528.63 |
| (i) | $ | $ |
| (ii) | 7123.04 | 7123.04 |
| (iii) | 26388.58 | 26388.58 |
| (iv) |  |  |
| (v) |  |  |

Total Disbursements (Operating & Plan): $ 180,415.14 | $ 180,415.14

1. CASH (End of Period): $ 73,140.58 | $ 73,140.58



## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | US Bank | US Bank | US Bank | US Bank |
| Account Number: | x-6226 | x-1210 | x-0881 | x-6549 |
| Purpose of Account (Operating/Payroll/Tax) | General/Personal | Operating | Operating | Operating |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| 1. Balance per Bank Statement | 4,561.25 | 19,171.24 | 17,608.28 | 27,234.60 |
| 2. ADD: Deposits not credited | 0 | 0 | 0 | 0 |
| 3. SUBTRACT: Outstanding Checks | 0 | -2923.02 | -1955.31 | -3330.72 |
| 4. Other Reconciling Items | | | | |
| 5. Month End Balance (Must Agree with Books) | 4,561.25 | 16,248.22 | 15,652.97 | 23,903.88 |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #5 | Account #6 | Account #7 | |
|---|---|---|---|---|
| Name of Bank: | US Bank | US Bank | US Bank | |
| Account Number: | X-6531 | X-6259 | X-6267 | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Payroll Tax | Payroll Tax | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| 1. Balance per Bank Statement | 50,145.55 | 178.13 | 108.68 | |
| 2. ADD: Deposits not credited | 0 | 0 | 0 | |
| 3. SUBTRACT: Outstanding Checks | -8926.00 | 0 | 0 | |
| 4. Other Reconciling Items | | | | |
| 5. Month End Balance (Must Agree with Books) | 41,219.55 | 178.13 | 108.68 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | US Bank | US Bank | US Bank | US Bank |
| Account Number: | x-6226 | x-1210 | x-0881 | x-6549 |
| Purpose of Account (Operating/Payroll/Tax) | General/Personal | Operating | Operating | Operating |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| 1. Balance per Bank Statement | 4351.27 | 13,573.55 | 14,696.53 | 15,323.58 |
| 2. ADD: Deposits not credited | 0 | 0 | 0 | 0 |
| 3. SUBTRACT: Outstanding Checks | 0 | -2738 | -2,039.86 | -3723.40 |
| 4. Other Reconciling Items | | | | |
| 5. Month End Balance (Must Agree with Books) | 4351.27 | 10,835.55 | 12,656.67 | 12,050.18 |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month of the Quarter

| Bank Account Information | Account #5 | Account #6 | Account #7 | |
|---|---|---|---|---|
| Name of Bank: | US Bank | US Bank | US Bank | |
| Account Number: | X-6531 | X-6259 | X-6267 | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Payroll Tax | Payroll Tax | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| 1. Balance per Bank Statement | 38,514.82 | 139.13 | 108.68 | |
| 2. ADD: Deposits not credited | 0 | 0 | 0 | |
| 3. SUBTRACT: Outstanding Checks | -9,458.41 | 0 | 0 | |
| 4. Other Reconciling Items | | | | |
| 5. Month End Balance (Must Agree with Books) | 29,056.41 | 139.13 | 108.68 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

# John Lingbanan
# Transaction List by Date
May 9 through June 30, 2014

| Type | Date | Num | Adj | Name | Memo | Account | Description | Credit |
|---|---|---|---|---|---|---|---|---|
| **May 9 - Jun 30, 14** | | | | | | | | |
| Check | 05/20/2014 | 1241 | | Myrna Baloy | 05/01/14-05/15/14 | Camino Ramon -1210 | Payroll | 1,017.00 |
| Check | 05/20/2014 | 1240 | | Manolito Baloy | 05/01/14-05/15/14 | Camino Ramon -1210 | Payroll | 1,017.00 |
| Check | 05/31/2014 | 1248 | | Manolito Baloy | 05/16/14-05/31/14 | Camino Ramon -1210 | Payroll | 1,078.01 |
| Check | 05/31/2014 | 1249 | | Myrna Baloy | 05/16/14-05/31/14 | Camino Ramon -1210 | Payroll | 1,078.01 |
| Check | 05/10/2014 | 1239 | | Manolito Baloy | Referral for Larry Miranda | Camino Ramon -1210 | -SPLIT- | 1,250.00 |
| Check | 05/15/2014 | 1242 | | Manolito Baloy | 05/01/14 - 05/15/14 Maintenance | Camino Ramon -1210 | -SPLIT- | 100.00 |
| Check | 05/18/2014 | 1243 | | Manolito Baloy | Reimbursement | Camino Ramon -1210 | -SPLIT- | 75.99 |
| Check | 05/22/2014 | 5111 | | PG&E | 8152063151-6 | Camino Ramon -1210 | PG&E | 664.14 |
| Check | 05/12/2014 | POS | | Smart & Final | | Camino Ramon -1210 | Home Care Grocery | 5.41 |
| Check | 05/12/2014 | POS | | Bills Ranch Market | | Camino Ramon -1210 | Home Care Grocery | 28.27 |
| Check | 05/12/2014 | POS | | Staples | | Camino Ramon -1210 | Supplies | 29.28 |
| Check | 05/12/2014 | POS | | Foodmaxx | | Camino Ramon -1210 | Home Care Grocery | 76.39 |
| Check | 05/12/2014 | POS | | Costco | | Camino Ramon -1210 | Home Care Grocery | 145.49 |
| Check | 05/22/2014 | POS | | We Know a Place | | Camino Ramon -1210 | Placement Service Referral Fees | 19.95 |
| Check | 05/28/2014 | POS | | Foodmaxx | | Camino Ramon -1210 | Home Care Grocery | 58.51 |
| Check | 05/28/2014 | POS | | Costco | | Camino Ramon -1210 | Home Care Grocery | 189.19 |
| Check | 05/29/2014 | POS | | Concord Produce | | Camino Ramon -1210 | Home Care Grocery | 8.77 |
| Check | 05/12/2014 | POS | | Valero | | Camino Ramon -1210 | Gas / Tolls | 39.88 |
| Check | 05/12/2014 | EFT | | AT&T Uverse | | Camino Ramon -1210 | Comcast | 49.03 |
| Check | 05/12/2014 | EFT | | Direct TV | Orvil TV 77450492 | Camino Ramon -1210 | Comcast | 564.01 |
| Check | 05/14/2014 | EFT | | Republic Service | | Camino Ramon -1210 | Garbage | 128.37 |
| Check | 06/20/2014 | 1251 | | Manolito Baloy | 06/01/14-06/15/14 | Camino Ramon -1210 | Payroll | 990.00 |
| Check | 06/20/2014 | 1252 | | Myrna Baloy | 06/01/14-06/15/14 | Camino Ramon -1210 | Payroll | 990.00 |
| Check | 06/20/2014 | 1253 | | Manolito Baloy | Maintenance | Camino Ramon -1210 | -SPLIT- | 100.00 |
| Check | 06/23/2014 | 1254 | | Manolito Baloy | Parts reimbursement | Camino Ramon -1210 | -SPLIT- | 61.34 |
| Check | 06/30/2014 | 1257 | | Helen Hufalar | 06/16/14 | Camino Ramon -1210 | Payroll | 51.00 |
| Check | 06/30/2014 | 1258 | | Manolito Baloy | 06/16/14-06/30/14 | Camino Ramon -1210 | Payroll | 960.00 |
| Check | 06/30/2014 | 1259 | | Myrna Baloy | 06/16/14-06/30/14 | Camino Ramon -1210 | Payroll | 960.00 |
| Check | 06/04/2014 | 1244 | | Wyndham Vacation Rentals | Plan Payments: BK 11-73169; 12-49353 | Camino Ramon -1210 | Class 2 Small Claims | 2,138.85 |
| Check | 06/06/2014 | 1245 | | JP Morgan Chase Bank | Plan Payments: BK 11-73169; 12-49353 | Camino Ramon -1210 | Class 2 Other Gen Unsecured Cla | 107.01 |
| Check | 06/06/2014 | 1246 | | JP Morgan Chase Bank | Secured (d)(3) payment; June payment | Camino Ramon -1210 | Class 1 | 361.00 |
| Check | 06/02/2014 | 1247 | | Manolito Baloy | Maintenance 05/16/14-05/31/14 | Camino Ramon -1210 | Maintenance & Repair | 100.00 |
| Check | 06/02/2014 | 1250 | | JP Morgan Chase Bank | 8 x 361 50 = 2,888.00 payment | Camino Ramon -1210 | Class 1 | 2,888.00 |
| Check | 06/26/2014 | 5115 | | PG&E | 8152063151-6 | Camino Ramon -1210 | PG&E | 676.04 |
| Check | 06/05/2014 | POS | | Home Depot | | Camino Ramon -1210 | Maintenance & Repair | 251.28 |
| Check | 06/12/2014 | POS | | Foodmaxx | | Camino Ramon -1210 | Home Care Grocery | 67.44 |
| Check | 06/12/2014 | POS | | Costco | | Camino Ramon -1210 | Home Care Grocery | 182.17 |
| Check | 06/12/2014 | POS | | Community Care Licensing | | Camino Ramon -1210 | Licenses, Permits | 413.00 |
| Check | 06/19/2014 | POS | | VistaPrint | | Camino Ramon -1210 | Supplies | 41.38 |
| Check | 06/26/2014 | POS | | We Know a Place | | Camino Ramon -1210 | Placement Service Referral Fees | 19.95 |
| Check | 06/30/2014 | POS | | Concord Produce | | Camino Ramon -1210 | Home Care Grocery | 16.75 |
| Check | 06/30/2014 | POS | | Costco | | Camino Ramon -1210 | Home Care Grocery | 173.98 |
| Check | 06/03/2014 | EFT | | Chase Home Finance | Interest Only | Camino Ramon -1210 | Mortgage Interest | 3,499.92 |
| Check | 06/09/2014 | EFT | | East Bay MUD | | Camino Ramon -1210 | Water | 209.99 |
| Transfer | 06/12/2014 | | | | Funds Transfer | Camino Ramon -1210 | Ramona PR Tax - 6267 | 900.00 |
| Check | 06/17/2014 | EFT | | AT&T Uverse | | Camino Ramon -1210 | Comcast | 49.03 |
| Check | 06/26/2014 | EFT | | Direct TV | Orvil TV 77450492 | Camino Ramon -1210 | Comcast | 204.54 |
| General Journal | 05/31/2014 | | Ö | | Employer Payroll Tax Liability -  2014 | | Employer FICA | 1,370.32 |

# John Lingbanan
## Transaction List by Date
**May 9 through June 30, 2014**

| Type | Date | Num | Adj | Name | Memo | Account | Description | Credit |
|---|---|---|---|---|---|---|---|---|
| General Journal | 05/31/2014 | | Ö | | Employer Payroll Tax Liability - 2014 | | Employer FICA | 611.23 |
| General Journal | 05/31/2014 | | Ö | | Employer Payroll Tax Liability - 2014 | | Employer FICA | 379.44 |
| General Journal | 05/31/2014 | | Ö | | Employer Payroll Tax Liability - 2014 | | Employer FICA | 250.50 |
| Check | 05/09/2014 | POS | | AOL | | General Acct-6226 / Oakpoint Dr | Other Personal Expenses | 12.99 |
| Check | 05/12/2014 | POS | | OpenPlacement | | General Acct-6226 / Oakpoint Dr | Placement Service Referral Fees | 49.00 |
| Check | 05/19/2014 | POS | | Wal-Mart | | General Acct-6226 / Oakpoint Dr | Personal Meals / Groceries | 25.47 |
| Check | 05/21/2014 | POS | | Marshalls | | General Acct-6226 / Oakpoint Dr | Other Personal Expenses | 70.50 |
| Check | 05/12/2014 | POS | | Safeway | | General Acct-6226 / Oakpoint Dr | Personal Meals / Groceries | 8.71 |
| Check | 05/14/2014 | POS | | Black Angus | | General Acct-6226 / Oakpoint Dr | Personal Meals / Groceries | 141.60 |
| Check | 05/15/2014 | POS | | Island Pacific | | General Acct-6226 / Oakpoint Dr | Personal Meals / Groceries | 11.93 |
| Check | 05/16/2014 | POS | | Rite Aid | | General Acct-6226 / Oakpoint Dr | Other Personal Expenses | 5.00 |
| Check | 05/19/2014 | POS | | Del Valle Produce | | General Acct-6226 / Oakpoint Dr | Personal Meals / Groceries | 9.54 |
| Check | 05/20/2014 | POS | | Joe's Smog Test | | General Acct-6226 / Oakpoint Dr | Auto Maintenance | 38.00 |
| Check | 05/20/2014 | POS | | Joe's Smog Test | | General Acct-6226 / Oakpoint Dr | Auto Maintenance | 38.00 |
| Check | 05/21/2014 | POS | | yuupay com | | General Acct-6226 / Oakpoint Dr | Other Personal Expenses | 109.00 |
| Check | 05/21/2014 | POS | | yuupay com | Processing fee | General Acct-6226 / Oakpoint Dr | Other Personal Expenses | 2.18 |
| Check | 05/22/2014 | POS | | Home Depot | | General Acct-6226 / Oakpoint Dr | Maintenance & Repair | 101.73 |
| Check | 05/22/2014 | POS | | California State | | General Acct-6226 / Oakpoint Dr | Licenses, Permits | 118.00 |
| Check | 05/22/2014 | POS | | California State | | General Acct-6226 / Oakpoint Dr | Licenses, Permits | 132.00 |
| Check | 05/12/2014 | EFT | | Toyota/Lexus | | General Acct-6226 / Oakpoint Dr | Auto Payment | 357.49 |
| Check | 05/16/2014 | EFT | | CSAA | | General Acct-6226 / Oakpoint Dr | Auto Insurance | 94.00 |
| Check | 05/21/2014 | EFT | | Comcast | | General Acct-6226 / Oakpoint Dr | Comcast | 180.81 |
| Check | 05/22/2014 | EFT | | Bank Fee | Monthly maintenance fee | General Acct-6226 / Oakpoint Dr | Bank Fees | 12.95 |
| Check | 05/11/2014 | 308 | | St Bonaventure Church | | General Acct-6226 / Oakpoint Dr | Donations | 25.00 |
| Check | 05/18/2014 | 309 | | St Bonaventure Church | | General Acct-6226 / Oakpoint Dr | Donations | 20.00 |
| Check | 05/27/2014 | EFT | | Met Life | | General Acct-6226 / Oakpoint Dr | Life Insurance | 500.00 |
| Check | 05/19/2014 | 162 | | Association of the Miraculous Medal | | General Acct-6226 / Oakpoint Dr | Donations | 22.00 |
| Check | 05/22/2014 | 5292 | | City of Pittsburg | | General Acct-6226 / Oakpoint Dr | Water | 56.96 |
| Check | 05/19/2014 | 161 | | Friars of the Atonement | | General Acct-6226 / Oakpoint Dr | Donations | 15.00 |
| Check | 05/30/2014 | POS | | Seafood City | | General Acct-6226 / Oakpoint Dr | Personal Meals / Groceries | 31.91 |
| Check | 05/30/2014 | POS | | ADT Security | | General Acct-6226 / Oakpoint Dr | Security System / Alarm | 35.94 |
| Check | 05/30/2014 | POS | | T-Mobile | | General Acct-6226 / Oakpoint Dr | Phone | 84.16 |
| Check | 06/03/2014 | POS | | OpenPlacement | | General Acct-6226 / Oakpoint Dr | Placement Service Referral Fees | 49.00 |
| Check | 06/04/2014 | POS | | Seafood City | | General Acct-6226 / Oakpoint Dr | Personal Meals / Groceries | 16.30 |
| Check | 06/04/2014 | POS | | The Fountain Cafe | | General Acct-6226 / Oakpoint Dr | Personal Meals / Groceries | 20.24 |
| Check | 06/06/2014 | POS | | Manila Plaza | | General Acct-6226 / Oakpoint Dr | Personal Meals / Groceries | 23.38 |
| Check | 06/09/2014 | POS | | AOL | | General Acct-6226 / Oakpoint Dr | Other Personal Expenses | 10.99 |
| Check | 06/17/2014 | POS | | Wendy's | | General Acct-6226 / Oakpoint Dr | Personal Meals / Groceries | 14.06 |
| Check | 06/17/2014 | ATM | | Cash Withdrawl | | General Acct-6226 / Oakpoint Dr | Cash Withdrawls | 100.00 |
| Check | 06/23/2014 | ATM | | Cash Withdrawl | | General Acct-6226 / Oakpoint Dr | Cash Withdrawls | 100.00 |
| Check | 06/02/2014 | POS | | Morning Star Cafe | | General Acct-6226 / Oakpoint Dr | Personal Meals / Groceries | 19.23 |
| Check | 06/09/2014 | POS | | Arco | | General Acct-6226 / Oakpoint Dr | Gas / Tolls | 30.06 |
| Check | 06/09/2014 | POS | | Arco | | General Acct-6226 / Oakpoint Dr | Gas / Tolls | 45.56 |
| Check | 06/09/2014 | POS | | Arco | | General Acct-6226 / Oakpoint Dr | Gas / Tolls | 52.52 |
| Check | 06/16/2014 | POS | | Shell Service Station | | General Acct-6226 / Oakpoint Dr | Gas / Tolls | 14.96 |
| Check | 06/16/2014 | POS | | Popeyes | | General Acct-6226 / Oakpoint Dr | Personal Meals / Groceries | 22.10 |
| Check | 06/23/2014 | POS | | Denny's | | General Acct-6226 / Oakpoint Dr | Personal Meals / Groceries | 30.68 |
| Check | 06/02/2014 | EFT | | CSAA | | General Acct-6226 / Oakpoint Dr | Auto Insurance | 154.50 |
| Check | 06/05/2014 | EFT | | Allianz Life Insurance | | General Acct-6226 / Oakpoint Dr | Life Insurance | 100.00 |

Case: 11-73169    Doc# 391    Filed: 08/22/14    Entered: 08/22/14 16:05:06    Page 10 of 17

| Type | Date | Num | Adj | Name | Memo | Account | Description | Credit |
|---|---|---|---|---|---|---|---|---|
| Check | 06/06/2014 | EFT | | T-Mobile | | General Acct-6226 / Oakpoint Dr | Phone | 85.00 |
| Check | 06/12/2014 | EFT | | Toyota/Lexus | | General Acct-6226 / Oakpoint Dr | Auto Payment | 357.49 |
| Check | 06/17/2014 | EFT | | CSAA | | General Acct-6226 / Oakpoint Dr | Auto Insurance | 94.00 |
| Check | 06/23/2014 | EFT | | Bank Fee | Monthly maintenance fee | General Acct-6226 / Oakpoint Dr | Bank Fees | 12.95 |
| Check | 06/24/2014 | POS | | Comcast | | General Acct-6226 / Oakpoint Dr | Comcast | 180.81 |
| Check | 06/24/2014 | POS | | Sprint | | General Acct-6226 / Oakpoint Dr | Phone | 310.85 |
| Check | 06/25/2014 | POS | | Fast Undercar | | General Acct-6226 / Oakpoint Dr | Auto Maintenance | 109.92 |
| Check | 06/25/2014 | EFT | | Met Life | | General Acct-6226 / Oakpoint Dr | Life Insurance | 500.00 |
| Check | 06/30/2014 | POS | | Popeyes | | General Acct-6226 / Oakpoint Dr | Personal Meals / Groceries | 22.10 |
| Check | 06/30/2014 | POS | | AOL | | General Acct-6226 / Oakpoint Dr | Other Personal Expenses | 10.99 |
| Check | 06/20/2014 | 5303 | | City of Pittsburg | | General Acct-6226 / Oakpoint Dr | Water | 117.08 |
| Check | 06/17/2014 | 192 | | California Property Tax Assoc | Inv #1698-1005 | General Acct-6226 / Oakpoint Dr | Other Personal Expenses | 143.34 |
| Check | 06/03/2014 | 163 | | Sacred Heart | donation | General Acct-6226 / Oakpoint Dr | Donations | 10.00 |
| Check | 06/01/2014 | 164 | | St Bonaventure Church | | General Acct-6226 / Oakpoint Dr | Donations | 25.00 |
| Check | 06/15/2014 | 165 | | St Bonaventure Church | | General Acct-6226 / Oakpoint Dr | Donations | 25.00 |
| Check | 06/21/2014 | 461 | | St Bonaventure Church | | General Acct-6226 / Oakpoint Dr | Donations | 25.00 |
| Check | 06/03/2014 | 5290 | | Bayview Loan Servicing, LLC | | General Acct-6226 / Oakpoint Dr | Mortgage Interest | 2,281.72 |
| Check | 06/20/2014 | 5305 | | Blue Shield | June Health insurance | General Acct-6226 / Oakpoint Dr | Medical / Dental | 605.84 |
| Check | 05/14/2014 | EFT | | United States Treasury | April 2014 | Harmony PR Tax - 6259 | -SPLIT- | 3,433.00 |
| Check | 06/15/2014 | EFT | | United States Treasury | May 2014 | Harmony PR Tax - 6259 | -SPLIT- | 3,639.00 |
| Check | 05/20/2014 | 1313 | | Bella Butal | 05/01/14-05/15/14 | J&V Home-6549 / Moorland | Payroll | 873.60 |
| Check | 05/20/2014 | 1314 | | Reynaldo Batul | 05/01/14-05/15/14 | J&V Home-6549 / Moorland | Payroll | 913.00 |
| Check | 05/20/2014 | 1316 | | Diosdado Lingad | 05/01/14-05/15/14 | J&V Home-6549 / Moorland | Payroll | 723.28 |
| Check | 05/20/2014 | 1317 | | Gina De Leon | 05/01/14-05/15/14 | J&V Home-6549 / Moorland | Payroll | 723.36 |
| Check | 05/31/2014 | 1339 | | Bella Butal | 05/16/14-05/31/14 | J&V Home-6549 / Moorland | Payroll | 927.92 |
| Check | 05/31/2014 | 1340 | | Diosdado Lingad | 05/16/14-05/31/14 | J&V Home-6549 / Moorland | Payroll | 765.40 |
| Check | 05/31/2014 | 1341 | | Reynaldo Batul | 05/16/14-05/31/14 | J&V Home-6549 / Moorland | Payroll | 971.92 |
| Check | 05/31/2014 | 1342 | | Gina De Leon | 05/16/14-05/31/14 | J&V Home-6549 / Moorland | Payroll | 665.48 |
| Check | 05/13/2014 | 1304 | | Renato Pundanera | | J&V Home-6549 / Moorland | | 89.00 |
| Check | 05/11/2014 | 1311 | | Blue Shield | Johnny & Victoria Lingbanan SS#s | J&V Home-6549 / Moorland | Medical / Dental | 62.92 |
| Check | 05/12/2014 | 1312 | | Capital Premium Financing | Loan #91918 | J&V Home-6549 / Moorland | Building Insurance | 450.00 |
| Check | 05/23/2014 | 1322 | | Commercial Trade | Plan Payments, Bk 11-73169, 12-49353 | J&V Home-6549 / Moorland | Class 2 Small Claims | 597.90 |
| Check | 05/23/2014 | 1324 | | Toyota/Lexus | Plan Payments, Bk 11-73169, 12-49353 | J&V Home-6549 / Moorland | Class 2 Small Claims | 308.06 |
| Check | 05/23/2014 | 1325 | | Calvary Portfolio Services LLC | Plan Payments, Bk 11-73169, 12-49353 | J&V Home-6549 / Moorland | Class 2 Small Claims | 1,586.68 |
| Check | 05/23/2014 | 1328 | | American Express | Plan Payments, Bk 11-73169, 12-49353 | J&V Home-6549 / Moorland | Class 2 Small Claims | 208.28 |
| Check | 05/23/2014 | 1329 | | American Express | Plan Payments, Bk 11-73169, 12-49353 | J&V Home-6549 / Moorland | Class 2 Small Claims | 97.19 |
| Check | 05/23/2014 | 1330 | | Portfolio | Plan Payments, Bk 11-73169, 12-49353 | J&V Home-6549 / Moorland | Class 2 Small Claims | 205.98 |
| Check | 05/26/2014 | 1334 | | Tweeten Eldercare Advisors | Florence Laughlin | J&V Home-6549 / Moorland | Placement Service Referral Fees | 2,000.00 |
| Check | 05/12/2014 | POS | | 707 Contra Costa - Safeway | | J&V Home-6549 / Moorland | Home Care Grocery | 55.78 |
| Check | 05/15/2014 | POS | | Staples | | J&V Home-6549 / Moorland | Supplies | 96.13 |
| Check | 05/20/2014 | POS | | Ace Hardware | | J&V Home-6549 / Moorland | Maintenance & Repair | 10.07 |
| Check | 05/23/2014 | POS | | Costco | | J&V Home-6549 / Moorland | Home Care Grocery | 5.99 |
| Check | 05/23/2014 | POS | | Home Depot | | J&V Home-6549 / Moorland | Maintenance & Repair | 6.06 |
| Check | 05/23/2014 | POS | | 99-Cent Market | | J&V Home-6549 / Moorland | Supplies | 16.18 |
| Check | 05/23/2014 | POS | | Seafood City | | J&V Home-6549 / Moorland | Home Care Grocery | 57.02 |
| Check | 05/23/2014 | POS | | Costco | | J&V Home-6549 / Moorland | Home Care Grocery | 102.65 |
| Check | 05/23/2014 | POS | | Foodmaxx | | J&V Home-6549 / Moorland | Home Care Grocery | 109.00 |
| Check | 05/27/2014 | POS | | Home Depot | | J&V Home-6549 / Moorland | Maintenance & Repair | 4.05 |
| Check | 05/27/2014 | POS | | Wal-Mart | | J&V Home-6549 / Moorland | Supplies | 6.68 |

| Type | Date | Num | Adj | Name | Memo | Account | Description | Credit |
|---|---|---|---|---|---|---|---|---|
| Check | 05/27/2014 | POS | | Dollar Tree | | J&V Home-6549 / Moorland | Supplies | 8.82 |
| Check | 05/27/2014 | POS | | USPS | | J&V Home-6549 / Moorland | Postage | 10.29 |
| Check | 05/27/2014 | POS | | Bills Ranch Market | | J&V Home-6549 / Moorland | Home Care Grocery | 18.47 |
| Check | 05/27/2014 | POS | | 707 Contra Costa - Safeway | | J&V Home-6549 / Moorland | Home Care Grocery | 33.97 |
| Check | 05/27/2014 | POS | | Fastrak | | J&V Home-6549 / Moorland | Gas / Tolls | 35.00 |
| Check | 05/27/2014 | POS | | 709 Lincoln Rd - Safeway Gas | | J&V Home-6549 / Moorland | Gas / Tolls | 45.54 |
| Check | 05/27/2014 | POS | | Foodmaxx | | J&V Home-6549 / Moorland | Home Care Grocery | 65.74 |
| Check | 05/27/2014 | POS | | Foodmaxx | | J&V Home-6549 / Moorland | Home Care Grocery | 68.46 |
| Check | 05/27/2014 | POS | | Costco | | J&V Home-6549 / Moorland | Home Care Grocery | 145.66 |
| Check | 05/27/2014 | POS | | Costco | | J&V Home-6549 / Moorland | Home Care Grocery | 162.58 |
| Transfer | 05/13/2014 | | | | Funds Transfer | J&V Home-6549 / Moorland | Ramona PR Tax - 6267 | 1,900.00 |
| Check | 05/14/2014 | EFT | | Comcast | | J&V Home-6549 / Moorland | Comcast | 153.39 |
| Check | 05/20/2014 | EFT | | Comcast | | J&V Home-6549 / Moorland | Comcast | 162.66 |
| Check | 06/20/2014 | 1352 | | Reynaldo Batul | 06/01/14-06/15/14 | J&V Home-6549 / Moorland | Payroll | 1,008.04 |
| Check | 06/20/2014 | 1353 | | Bella Butal | 06/01/14-06/15/14 | J&V Home-6549 / Moorland | Payroll | 927.88 |
| Check | 06/20/2014 | 1354 | | Diosdado Lingad | 06/01/14-06/15/14 | J&V Home-6549 / Moorland | Payroll | 770.44 |
| Check | 06/20/2014 | 1355 | | Gina De Leon | 06/01/14-06/15/14 | J&V Home-6549 / Moorland | Payroll | 770.44 |
| Check | 06/30/2014 | 1356 | | Diosdado Lingad | 06/16/14-06/30/14 | J&V Home-6549 / Moorland | Payroll | 723.40 |
| Check | 06/30/2014 | 1357 | | Gina De Leon | 06/16/14-06/30/14 | J&V Home-6549 / Moorland | Payroll | 723.40 |
| Check | 06/30/2014 | 1358 | | Reynaldo Batul | 06/16/14-06/30/14 | J&V Home-6549 / Moorland | Payroll | 952.80 |
| Check | 06/30/2014 | 1359 | | Bella Butal | 06/16/14-06/30/14 | J&V Home-6549 / Moorland | Payroll | 873.80 |
| Check | 06/03/2014 | 1323 | | Chase Bank, USA, NA | Plan Payments: BK 11-73169, 12-49353 | J&V Home-6549 / Moorland | Class 2 Small Claims | 3,788.22 |
| Check | 06/02/2014 | 1326 | | FIA Card Services | Plan Payments: BK 11-73169, 12-49353 | J&V Home-6549 / Moorland | Class 2 Small Claims | 1,287.14 |
| Check | 06/02/2014 | 1327 | | FIA Card Services | Plan Payments: BK 11-73169, 12-49353 | J&V Home-6549 / Moorland | Class 2 Small Claims | 3,107.37 |
| Check | 06/02/2014 | 1331 | | JP Morgan Chase Bank | Plan Payments: BK 11-73169, 12-49353 | J&V Home-6549 / Moorland | Class 2 Small Claims | 35.40 |
| Check | 06/04/2014 | 1332 | | Kohl's/Cap One | Plan Payments: BK 11-73169, 12-49353 | J&V Home-6549 / Moorland | Class 2 Small Claims | 15.00 |
| Check | 06/10/2014 | 1335 | | Capital Premium Financing | Loan #91450 Pol #79588008-03 | J&V Home-6549 / Moorland | Building Insurance | 410.00 |
| Check | 06/18/2014 | 1336 | | Sonoma County Tax Collector | Plan Payments: BK 11-73169, 12-49353 | J&V Home-6549 / Moorland | Class 1 | 3,695.47 |
| Check | 06/04/2014 | 1337 | | Sterling Bank | Plan Payments: BK 11-73169, 12-49353 | J&V Home-6549 / Moorland | -SPLIT- | 178.57 |
| Check | 06/04/2014 | 1338 | | Sterling Bank | Plan Payments: BK 11-73169, 12-49353 | J&V Home-6549 / Moorland | -SPLIT- | 95.46 |
| Check | 06/09/2014 | 1343 | | Capital Premium Financing | Loan #98918 | J&V Home-6549 / Moorland | Building Insurance | 495.00 |
| Check | 06/09/2014 | 1344 | | Capital Premium Financing | Loan #91450 Pol #79588008-03 | J&V Home-6549 / Moorland | Building Insurance | 671.00 |
| Check | 06/19/2014 | 1346 | | Capital Premium Financing | Loan #98918 | J&V Home-6549 / Moorland | Building Insurance | 988.72 |
| Check | 06/03/2014 | 5119 | | Sonoma Bank | Principal & Interest | J&V Home-6549 / Moorland | -SPLIT- | 3,535.40 |
| Check | 06/05/2014 | 5122 | | PG&E | 7110-4 | J&V Home-6549 / Moorland | PG&E | 612.91 |
| Check | 06/05/2014 | POS | | Clay Street Garage | | J&V Home-6549 / Moorland | Gas / Tolls | 14.00 |
| Check | 06/05/2014 | POS | | | Unknown payee | J&V Home-6549 / Moorland | Supplies | 24.85 |
| Check | 06/06/2014 | POS | | 707 Contra Costa - Safeway | | J&V Home-6549 / Moorland | Home Care Grocery | 40.37 |
| Check | 06/09/2014 | POS | | Bills Ranch Market | | J&V Home-6549 / Moorland | Home Care Grocery | 7.90 |
| Check | 06/09/2014 | POS | | | Unknown payee | J&V Home-6549 / Moorland | Supplies | 149.00 |
| Check | 06/10/2014 | POS | | 99 Market | | J&V Home-6549 / Moorland | Supplies | 4.56 |
| Check | 06/10/2014 | POS | | Smart & Final | | J&V Home-6549 / Moorland | Home Care Grocery | 5.69 |
| Check | 06/10/2014 | POS | | Staples | | J&V Home-6549 / Moorland | Supplies | 30.26 |
| Check | 06/10/2014 | POS | | Seafood City | | J&V Home-6549 / Moorland | Home Care Grocery | 45.30 |
| Check | 06/10/2014 | POS | | Costco | | J&V Home-6549 / Moorland | Home Care Grocery | 97.39 |
| Check | 06/10/2014 | POS | | Foodmaxx | | J&V Home-6549 / Moorland | Home Care Grocery | 114.94 |
| Check | 06/10/2014 | POS | | Donald Brownw Insurance Services | Bldg ins | J&V Home-6549 / Moorland | Building Insurance | 843.17 |
| Check | 06/11/2014 | POS | | 709 Lincoln Rd - Safeway Gas | | J&V Home-6549 / Moorland | Gas / Tolls | 52.08 |
| Check | 06/11/2014 | POS | | Costco | | J&V Home-6549 / Moorland | Home Care Grocery | 175.95 |

| Type | Date | Num | Adj | Name | Memo | Account | Description | Credit |
|---|---|---|---|---|---|---|---|---|
| Check | 06/11/2014 | POS | | Costco | | J&V Home-6549 / Moorland | Home Care Grocery | 185.88 |
| Check | 06/12/2014 | POS | | In-N-Out Burger | | J&V Home-6549 / Moorland | Personal Meals / Groceries | 11.58 |
| Check | 06/12/2014 | POS | | Foodmaxx | | J&V Home-6549 / Moorland | Home Care Grocery | 74.11 |
| Check | 06/12/2014 | POS | | Foodmaxx | | J&V Home-6549 / Moorland | Home Care Grocery | 82.09 |
| Check | 06/23/2014 | POS | | CM Plumbing | | J&V Home-6549 / Moorland | Maintenance & Repair | 225.00 |
| Check | 06/23/2014 | POS | | CM Plumbing | | J&V Home-6549 / Moorland | Maintenance & Repair | 2,100.00 |
| Check | 06/26/2014 | POS | | Seafood City | | J&V Home-6549 / Moorland | Home Care Grocery | 19.11 |
| Check | 06/26/2014 | POS | | Foodmaxx | | J&V Home-6549 / Moorland | Home Care Grocery | 117.38 |
| Check | 06/27/2014 | POS | | 709 Lincoln Rd - Safeway Gas | | J&V Home-6549 / Moorland | Gas / Tolls | 55.17 |
| Check | 06/27/2014 | POS | | Foodmaxx | | J&V Home-6549 / Moorland | Home Care Grocery | 85.47 |
| Check | 06/27/2014 | POS | | Foodmaxx | | J&V Home-6549 / Moorland | Home Care Grocery | 116.78 |
| Check | 06/27/2014 | POS | | Costco | | J&V Home-6549 / Moorland | Home Care Grocery | 179.67 |
| Check | 06/27/2014 | POS | | Costco | | J&V Home-6549 / Moorland | Home Care Grocery | 259.14 |
| Transfer | 06/12/2014 | | | | Funds Transfer | J&V Home-6549 / Moorland | Ramona PR Tax - 6267 | 1,826.00 |
| Check | 06/24/2014 | EFT | | Comcast | | J&V Home-6549 / Moorland | Comcast | 326.00 |
| Check | 05/15/2014 | 1690 | | Gilda Sanchez | 05/04/14-05/10/14 | JVTCM Care-6531/ Harmony Home | Payroll | 336.00 |
| Check | 05/15/2014 | 1691 | | Jade Hufalar | 04/26/14-05/10/14 | JVTCM Care-6531/ Harmony Home | Payroll | 198.00 |
| Check | 05/15/2014 | 1692 | | Joan Hufalar | 04/26/14-05/10/14 | JVTCM Care-6531/ Harmony Home | Payroll | 434.00 |
| Check | 05/15/2014 | 1693 | | Wilma Castaneda | 04/26/14-05/10/14 | JVTCM Care-6531/ Harmony Home | Payroll | 376.00 |
| Check | 05/15/2014 | 1694 | | Jobert Sebastian | 04/26/14-05/10/14 | JVTCM Care-6531/ Harmony Home | Payroll | 376.00 |
| Check | 05/15/2014 | 1695 | | Lourdes Alano | 04/26/14-05/10/14 | JVTCM Care-6531/ Harmony Home | Payroll | 712.50 |
| Check | 05/15/2014 | 1696 | | Onofre Ticman | 04/26/14-05/10/14 | JVTCM Care-6531/ Harmony Home | Payroll | 520.00 |
| Check | 05/15/2014 | 1697 | | Erlinda Pablo | 04/26/14-05/10/14 | JVTCM Care-6531/ Harmony Home | Payroll | 594.00 |
| Check | 05/15/2014 | 1698 | | Rafael Fernandez | 04/26/14-05/10/14 | JVTCM Care-6531/ Harmony Home | Payroll | 611.20 |
| Check | 05/15/2014 | 1699 | | Mario Sanchez | 04/26/14-05/10/14 | JVTCM Care-6531/ Harmony Home | Payroll | 291.00 |
| Check | 05/15/2014 | 1700 | | Catherine Alupay | 04/26/14-05/10/14 | JVTCM Care-6531/ Harmony Home | Payroll | 175.00 |
| Check | 05/15/2014 | 1703 | | Helen Hufalar | 04/26/14-05/10/14 | JVTCM Care-6531/ Harmony Home | Payroll | 577.00 |
| Check | 05/15/2014 | 1704 | | Victoria Lingbanan - Employee | 04/26/14-05/10/14 | JVTCM Care-6531/ Harmony Home | Payroll | 1,891.00 |
| Check | 05/15/2014 | 1705 | | Johnny Lingbanan - Employee | 04/26/14-05/10/14 | JVTCM Care-6531/ Harmony Home | Payroll | 498.00 |
| Check | 05/30/2014 | 1715 | | Joan Hufalar | 05/11/14-05/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 548.00 |
| Check | 05/30/2014 | 1716 | | Mario Sanchez | 05/11/14-05/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 373.00 |
| Check | 05/30/2014 | 1717 | | Rafael Fernandez | 05/11/14-05/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 409.00 |
| Check | 05/30/2014 | 1718 | | Jade Hufalar | 05/11/14-05/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 263.00 |
| Check | 05/30/2014 | 1719 | | Jobert Sebastian | 05/11/14-05/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 350.00 |
| Check | 05/30/2014 | 1720 | | Wilma Castaneda | 05/11/14-05/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 350.00 |
| Check | 05/30/2014 | 1721 | | Onofre Ticman | 05/11/14-05/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 350.00 |
| Check | 05/30/2014 | 1722 | | Catherine Alupay | 05/11/14-05/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 198.00 |
| Check | 05/30/2014 | 1723 | | Helen Hufalar | 05/11/14-05/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 692.00 |
| Check | 05/30/2014 | 1724 | | Lourdes Alano | 05/11/14-05/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 692.00 |
| Check | 05/30/2014 | 1725 | | Erlinda Pablo | 05/11/14-05/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 473.00 |
| Check | 05/30/2014 | 1726 | | Gilda Sanchez | 05/11/14-05/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 539.00 |
| Check | 05/15/2014 | 1727 | | Angelina Allen | Replacement for check #1701 | JVTCM Care-6531/ Harmony Home | Payroll | 98.00 |
| Check | 05/30/2014 | 1739 | | Victoria Lingbanan - Employee | 05/11/14-05/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 1,891.00 |
| Check | 05/30/2014 | 1740 | | Johnny Lingbanan - Employee | 05/11/14-05/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 498.00 |
| Check | 05/12/2014 | 1688 | | Ruel Catapusan | troubleshoot and repair light | JVTCM Care-6531/ Harmony Home | Maintenance & Repair | 50.00 |
| Check | 05/12/2014 | 1689 | | Capital Premium Financing | Loan # 98918 | JVTCM Care-6531/ Harmony Home | Building Insurance | 450.00 |
| Check | 05/19/2014 | 1706 | | Kleantec Professional Services | Hood cleaning | JVTCM Care-6531/ Harmony Home | Maintenance & Repair | 325.00 |
| Check | 05/23/2014 | 1707 | | Wells Fargo Bank | Plan payments, Bk 11-73169, 12-49353 | JVTCM Care-6531/ Harmony Home | Mortgage Interest | 3,919.50 |
| Check | 05/23/2014 | 1708 | | Wells Fargo Bank | Plan payments, Bk 11-73164, 12-49353 | JVTCM Care-6531/ Harmony Home | Mortgage Interest | 2,424.00 |

# John Lingbanan
## Transaction List by Date
May 9 through June 30, 2014

| Type | Date | Num | Adj | Name | Memo | Account | Description | Credit |
|---|---|---|---|---|---|---|---|---|
| Check | 05/23/2014 | 1709 | | Portfolio | Plan Payments Bk 11-73169, 12-49353 | JVTCM Care-6531/ Harmony Home | Class 2 Small Claims | 215.70 |
| Check | 05/23/2014 | 1710 | | Sst/CIGPFLCO | Plan Payments, Bk 11-73169, 12-49353 | JVTCM Care-6531/ Harmony Home | Class 2 Small Claims | 204.60 |
| Check | 05/22/2014 | 5196 | | Dream Ride Elevator | 2707 | JVTCM Care-6531/ Harmony Home | Elevator | 65.00 |
| Check | 05/12/2014 | POS | | 99-Cent Market | | JVTCM Care-6531/ Harmony Home | Supplies | 38.39 |
| Check | 05/13/2014 | POS | | Sprouts Farmers | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 5.12 |
| Check | 05/14/2014 | POS | | Dollar Tree | | JVTCM Care-6531/ Harmony Home | Supplies | 4.34 |
| Check | 05/14/2014 | POS | | 707 Contra Costa - Safeway | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 38.55 |
| Check | 05/14/2014 | POS | | Foodmaxx | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 262.05 |
| Check | 05/14/2014 | POS | | Costco | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 422.22 |
| Check | 05/15/2014 | POS | | Concord Produce | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 29.61 |
| Check | 05/15/2014 | POS | | Costco | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 121.13 |
| Check | 05/19/2014 | POS | | Wal-Mart | | JVTCM Care-6531/ Harmony Home | Supplies | 49.92 |
| Check | 05/21/2014 | POS | | Community Care Licensing | | JVTCM Care-6531/ Harmony Home | Licenses, Permits | 50.00 |
| Check | 05/22/2014 | POS | | Food 4 Less | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 58.04 |
| Check | 05/27/2014 | POS | | Bills Ranch Market | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 16.00 |
| Check | 05/28/2014 | POS | | Dollar Tree | | JVTCM Care-6531/ Harmony Home | Supplies | 4.56 |
| Check | 05/28/2014 | POS | | Foodmaxx | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 216.46 |
| Check | 05/28/2014 | POS | | Costco | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 349.95 |
| Check | 05/29/2014 | POS | | Dominos | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 20.59 |
| Check | 05/09/2014 | POS | | Staples | | JVTCM Care-6531/ Harmony Home | Supplies | 112.84 |
| Check | 05/19/2014 | POS | | Wal-Mart | | JVTCM Care-6531/ Harmony Home | Supplies | 29.09 |
| Check | 05/22/2014 | POS | | Autozone | | JVTCM Care-6531/ Harmony Home | Auto Maintenance | 13.06 |
| Check | 05/30/2014 | POS | | 707 Contra Costa - Safeway | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 49.78 |
| Check | 05/12/2014 | EFT | | Republic Service | | JVTCM Care-6531/ Harmony Home | Garbage | 96.95 |
| Transfer | 05/13/2014 | | | | Funds Transfer | JVTCM Care-6531/ Harmony Home | Harmony PR Tax - 6259 | 2,500.00 |
| Check | 05/14/2014 | EFT | | Bank Fee | | JVTCM Care-6531/ Harmony Home | Bank Fees | 30.50 |
| Check | 05/14/2014 | EFT | | PG&E | | JVTCM Care-6531/ Harmony Home | PG&E | 537.77 |
| Check | 05/21/2014 | EFT | | Comcast | | JVTCM Care-6531/ Harmony Home | Comcast | 265.82 |
| Check | 06/05/2014 | 1731 | | Lourdes Alano | 05/26/14-05/31/14 | JVTCM Care-6531/ Harmony Home | Payroll | 358.50 |
| Check | 06/05/2014 | 1732 | | Jobert Sebastian | 05/26/14-05/31/14 | JVTCM Care-6531/ Harmony Home | Payroll | 175.00 |
| Check | 06/05/2014 | 1733 | | Wilma Castaneda | 05/26/14-05/31/14 | JVTCM Care-6531/ Harmony Home | Payroll | 175.00 |
| Check | 06/05/2014 | 1734 | | Jade Hufalar | 05/26/14-05/31/14 | JVTCM Care-6531/ Harmony Home | Payroll | 81.00 |
| Check | 06/05/2014 | 1735 | | Catherine Alupay | 05/26/14-05/31/14 | JVTCM Care-6531/ Harmony Home | Payroll | 29.19 |
| Check | 06/05/2014 | 1736 | | Mario Sanchez | 05/26/14-05/31/14 | JVTCM Care-6531/ Harmony Home | Payroll | 183.00 |
| Check | 06/05/2014 | 1737 | | Helen Hufalar | 05/26/14-05/31/14 | JVTCM Care-6531/ Harmony Home | Payroll | 155.00 |
| Check | 06/05/2014 | 1738 | | Gilda Sanchez | 05/26/14-05/31/14 | JVTCM Care-6531/ Harmony Home | Payroll | 168.00 |
| Check | 06/05/2014 | 1742 | | Erlinda Pablo | 05/26/14-05/31/14 | JVTCM Care-6531/ Harmony Home | Payroll | 175.00 |
| Check | 06/05/2014 | 1743 | | Contra Costa County Tax Collector | Bk 11-73169 June installment | JVTCM Care-6531/ Harmony Home | Property Tax | 4,812.14 |
| Check | 06/05/2014 | 1744 | | Joan Hufalar | 05/26/14-05/31/14 | JVTCM Care-6531/ Harmony Home | Payroll | 292.00 |
| Check | 06/05/2014 | 1745 | | Rafael Fernandez | 05/26/14-05/31/14 | JVTCM Care-6531/ Harmony Home | Payroll | 117.00 |
| Check | 06/13/2014 | 1747 | | Lourdes Alano | 06/01/14-06/15/14 | JVTCM Care-6531/ Harmony Home | Payroll | 692.00 |
| Check | 06/20/2014 | 1748 | | Lourdes Alano | Vacation pay | JVTCM Care-6531/ Harmony Home | Payroll | 367.00 |
| Check | 06/19/2014 | 1749 | | Rafael Fernandez | 05/26/14&05/31/14 | JVTCM Care-6531/ Harmony Home | Payroll | 117.00 |
| Check | 06/09/2014 | 1746 | | Capital Premium Financing | Loan # 91450 | JVTCM Care-6531/ Harmony Home | Building Insurance | 671.00 |
| Check | 06/19/2014 | 1750 | | Mario Sanchez | 06/01/14-06/15/14 | JVTCM Care-6531/ Harmony Home | Payroll | 329.00 |
| Check | 06/19/2014 | 1751 | | Gilda Sanchez | 06/01/14-06/15/14 | JVTCM Care-6531/ Harmony Home | Payroll | 263.00 |
| Check | 06/19/2014 | 1752 | | Jobert Sebastian | 06/01/14-06/15/14 | JVTCM Care-6531/ Harmony Home | Payroll | 337.00 |
| Check | 06/19/2014 | 1753 | | Wilma Castaneda | 06/01/14-06/15/14 | JVTCM Care-6531/ Harmony Home | Payroll | 337.00 |
| Check | 06/19/2014 | 1754 | | Catherine Alupay | 06/01/14-06/15/14 | JVTCM Care-6531/ Harmony Home | Payroll | 66.00 |

John Lingbanan
Transaction List by Date
May 9 through June 30, 2014

# John Lingbanan
## Transaction List by Date
May 9 through June 30, 2014

| Type | Date | Num | Adj | Name | Memo | Account | Description | Credit |
|---|---|---|---|---|---|---|---|---|
| Check | 06/19/2014 | 1755 | | Helen Hufalar | 06/01/14-06/15/14 | JVTCM Care-6531/ Harmony Home | Payroll | 479.00 |
| Check | 06/19/2014 | 1756 | | Rafael Fernandez | 06/01/14-06/15/14 | JVTCM Care-6531/ Harmony Home | Payroll | 350.00 |
| Check | 06/19/2014 | 1757 | | Erlinda Pablo | 06/01/14-06/15/14 | JVTCM Care-6531/ Harmony Home | Payroll | 453.00 |
| Check | 06/19/2014 | 1758 | | Joan Hufalar | 06/01/14-06/15/14 | JVTCM Care-6531/ Harmony Home | Payroll | 720.00 |
| Check | 06/19/2014 | 1759 | | Jade Hufalar | 06/01/14-06/15/14 | JVTCM Care-6531/ Harmony Home | Payroll | 160.00 |
| Check | 06/20/2014 | 1760 | | United States Treasury | 30-0519332 | JVTCM Care-6531/ Harmony Home | Prior Period PR Tax Liability P | 680.90 |
| Check | 06/21/2014 | 1761 | | City of Walnut Creek | License Renewal 049630 | JVTCM Care-6531/ Harmony Home | Licenses, Permits | 294.25 |
| Check | 06/15/2014 | 1762 | | Johnny Lingbanan - Employee | 06/01/14-06/15/14 | JVTCM Care-6531/ Harmony Home | Payroll | 498.00 |
| Check | 06/19/2014 | 1763 | | Victoria Lingbanan - Employee | | JVTCM Care-6531/ Harmony Home | Payroll | 857.00 |
| Check | 06/30/2014 | 1787 | | Victoria Lingbanan - Employee | 06/11/14-06/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 857.00 |
| Check | 06/30/2014 | 1788 | | Johnny Lingbanan - Employee | 06/11/14-06/25/14 | JVTCM Care-6531/ Harmony Home | Payroll | 498.00 |
| Check | 06/05/2014 | 1741 | | Automatic Fire | Annual maintenance | JVTCM Care-6531/ Harmony Home | Maintenance & Repair | 294.82 |
| Check | 06/30/2014 | 1764 | | Contra Costa County Tax Collector | Plan payment Bk 11-73169; 12-49353 | JVTCM Care-6531/ Harmony Home | Property Tax | 4,812.14 |
| Check | 06/30/2014 | 1765 | | Flora Carlos | | JVTCM Care-6531/ Harmony Home | Contract Labor | 628.02 |
| Check | 06/10/2014 | 1686 | | All About Care Senior Services, LLC | Referral for Bernice Gill | JVTCM Care-6531/ Harmony Home | Placement Service Referral Fees | 2,100.00 |
| Check | 06/02/2014 | 1711 | | United States Treasury | Plan payments Bk 11-73169, 12-49353 | JVTCM Care-6531/ Harmony Home | Class 2 Small Claims | 770.32 |
| Check | 06/10/2014 | 1714 | | Capital Premium Financing | Loan # 91450 | JVTCM Care-6531/ Harmony Home | Building Insurance | 410.00 |
| Check | 06/03/2014 | 1728 | | Flora Carlos | Bk 11-73169; 12-49353 plan payment | JVTCM Care-6531/ Harmony Home | Class 2 Other Gen Unsecured Cla | 628.02 |
| Check | 06/12/2014 | 1729 | | Wells Fargo Bank | Plan payments, Bk 11-73164, 12-49353; Class 2B | JVTCM Care-6531/ Harmony Home | Class 2 Other Gen Unsecured Cla | 866.26 |
| Check | 06/03/2014 | 5192 | | Wells Fargo Bank | MAC A1792-018 | JVTCM Care-6531/ Harmony Home | Mortgage Interest | 11,422.25 |
| Check | 06/05/2014 | 5193 | | State Fund Compensation Ins | 1975083-12 | JVTCM Care-6531/ Harmony Home | Workers Comp Insurance | 1,042.58 |
| Check | 06/26/2014 | 5203 | | Dream Ride Elevator | 2707 | JVTCM Care-6531/ Harmony Home | Elevator | 115.00 |
| Check | 06/03/2014 | POS | | Costco | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 433.98 |
| Check | 06/05/2014 | POS | | Seafood City | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 71.54 |
| Check | 06/06/2014 | POS | | OpenPlacement | | JVTCM Care-6531/ Harmony Home | Placement Service Referral Fees | 49.00 |
| Check | 06/10/2014 | POS | | Midas | | JVTCM Care-6531/ Harmony Home | Auto Maintenance | 25.63 |
| Check | 06/10/2014 | POS | | Foodmaxx | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 42.40 |
| Check | 06/11/2014 | POS | | 707 Contra Costa - Safeway | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 46.29 |
| Check | 06/12/2014 | POS | | Smart & Final | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 7.19 |
| Check | 06/12/2014 | POS | | Foodmaxx | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 193.16 |
| Check | 06/12/2014 | POS | | Costco | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 372.25 |
| Check | 06/13/2014 | POS | | Bills Ranch Market | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 18.03 |
| Check | 06/16/2014 | POS | | Home Depot | | JVTCM Care-6531/ Harmony Home | Maintenance & Repair | 9.78 |
| Check | 06/20/2014 | POS | | Home Depot | | JVTCM Care-6531/ Harmony Home | Maintenance & Repair | 426.36 |
| Check | 06/23/2014 | POS | | Costco | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 32.36 |
| Check | 06/23/2014 | POS | | Proweaver | | JVTCM Care-6531/ Harmony Home | Web Designer | 180.00 |
| Check | 06/23/2014 | POS | | Proweaver | | JVTCM Care-6531/ Harmony Home | Web Designer | 3.60 |
| Check | 06/24/2014 | POS | | Bills Ranch Market | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 7.39 |
| Check | 06/24/2014 | POS | | Bills Ranch Market | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 29.25 |
| Check | 06/24/2014 | POS | | Costco | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 140.74 |
| Check | 06/24/2014 | POS | | Costco | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 181.72 |
| Check | 06/24/2014 | POS | | Foodmaxx | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 188.98 |
| Check | 06/25/2014 | POS | | Seafood City | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 45.41 |
| Check | 06/26/2014 | POS | | Staples | | JVTCM Care-6531/ Harmony Home | Supplies | 42.94 |
| Check | 06/27/2014 | POS | | Dollar Tree | | JVTCM Care-6531/ Harmony Home | Supplies | 3.26 |
| Check | 06/02/2014 | POS | | Office Max | | JVTCM Care-6531/ Harmony Home | Supplies | 23.86 |
| Check | 06/09/2014 | POS | | Community Care Licensing | | JVTCM Care-6531/ Harmony Home | Licenses, Permits | 231.13 |
| Check | 06/20/2014 | POS | | Dollar Tree | | JVTCM Care-6531/ Harmony Home | Supplies | 44.06 |
| Check | 06/23/2014 | POS | | Safeway | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 50.00 |

Case: 11-73169    Doc# 391    Filed: 08/22/14    Entered: 08/22/14 16:05:06    Page 15 of 17

| Type | Date | Num | Adj | Name | Memo | Account | Description | Credit |
|---|---|---|---|---|---|---|---|---|
| Check | 06/30/2014 | POS | | Chowking | | JVTCM Care-6531/ Harmony Home | Home Care Grocery | 26.09 |
| Transfer | 06/12/2014 | | | | Funds Transfer | JVTCM Care-6531/ Harmony Home | Harmony PR Tax - 6259 | 3,600.00 |
| Check | 06/17/2014 | EFT | | Republic Service | | JVTCM Care-6531/ Harmony Home | Garbage | 96.95 |
| Check | 06/17/2014 | EFT | | PG&E | | JVTCM Care-6531/ Harmony Home | PG&E | 748.09 |
| Check | 06/24/2014 | EFT | | Bay Alarm | | JVTCM Care-6531/ Harmony Home | Security System / Alarm | 1,177.35 |
| Check | 06/30/2014 | EFT | | East Bay MUD | | JVTCM Care-6531/ Harmony Home | Water | 177.96 |
| Check | 05/20/2014 | 1190 | | Josefina Luy | 05/01/14-05/15/14 | Ramona-0881 / Ramona Home Care | Payroll | 678.01 |
| Check | 05/20/2014 | 1191 | | Delma Ong | 05/01/14-05/15/14 | Ramona-0881 / Ramona Home Care | Payroll | 670.25 |
| Check | 05/31/2014 | 1199 | | Josefina Luy | 05/15/14-05/31/14 | Ramona-0881 / Ramona Home Care | Payroll | 678.05 |
| Check | 05/31/2014 | 1200 | | Delma Ong | 05/16/14-05/31/14 | Ramona-0881 / Ramona Home Care | Payroll | 670.25 |
| Check | 05/14/2014 | 1189 | | Contra Costa County Tax Collector | Parcel #127-121-009-6 00 | Ramona-0881 / Ramona Home Care | Property Tax | 2,887.43 |
| Check | 05/23/2014 | 1195 | | Investment Retriever | Plan payments: Bk 11-73169, 12-49353 | Ramona-0881 / Ramona Home Care | Class 2 Small Claims | 3,867.60 |
| Check | 05/23/2014 | 1197 | | W/F/PCM Cbdru-PCM | Plan Payments, BK 11-73169, 12-49353 | Ramona-0881 / Ramona Home Care | Class 2 Small Claims | 527.70 |
| Check | 05/12/2014 | POS | | 99 Market | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 31.50 |
| Check | 05/16/2014 | POS | | Foodmaxx | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 7.72 |
| Check | 05/16/2014 | POS | | Concord Produce | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 14.28 |
| Check | 05/16/2014 | POS | | 707 Contra Costa - Safeway | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 54.34 |
| Check | 05/16/2014 | POS | | Foodmaxx | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 139.13 |
| Check | 05/16/2014 | POS | | Costco | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 207.82 |
| Check | 05/20/2014 | POS | | Community Care Licensing | | Ramona-0881 / Ramona Home Care | Licenses, Permits | 50.00 |
| Check | 05/12/2014 | EFT | | Astound | | Ramona-0881 / Ramona Home Care | Comcast | 166.54 |
| Transfer | 05/13/2014 | | | | Funds Transfer | Ramona-0881 / Ramona Home Care | Ramona PR Tax - 6267 | 1,900.00 |
| Check | 05/27/2014 | EFT | | Contra Costa Water | | Ramona-0881 / Ramona Home Care | Water | 176.45 |
| Check | 06/20/2014 | 1204 | | Josefina Luy | 06/01/14-06/15/14 | Ramona-0881 / Ramona Home Care | Payroll | 678.00 |
| Check | 06/20/2014 | 1205 | | Delma Ong | 06/01/14-06/15/14 | Ramona-0881 / Ramona Home Care | Payroll | 670.00 |
| Check | 06/20/2014 | 1206 | | Carch GEBA | Membership | Ramona-0881 / Ramona Home Care | Advetisements | 50.00 |
| Check | 06/20/2014 | 1207 | | United States Treasury | 68-0389824 | Ramona-0881 / Ramona Home Care | Employer Payroll Tax Expense | 365.96 |
| Check | 06/30/2014 | 1208 | | FIA Card Services | Plan Payment 11-73169; 12-49353 | Ramona-0881 / Ramona Home Care | Class 2 Other Gen Unsecured Cla | 84.85 |
| Check | 06/30/2014 | 1209 | | Josefina Luy | 06/16/14-06/30/14 | Ramona-0881 / Ramona Home Care | Payroll | 678.00 |
| Check | 06/30/2014 | 1210 | | Delma Ong | 06/16/14-06/30/14 | Ramona-0881 / Ramona Home Care | Payroll | 670.00 |
| Check | 06/23/2014 | 1193 | | LUNV Funding, LLC | Plan Payment: BK 11-73169, WJL-11; 12-99353, W | Ramona-0881 / Ramona Home Care | Class 2 Small Claims | 2,712.84 |
| Check | 06/06/2014 | 1194 | | EAF, LLC | Plan Pyaments: BK 11-77169, WJL-11; 12-49353, \ | Ramona-0881 / Ramona Home Care | Class 2 Small Claims | 274.95 |
| Check | 06/03/2014 | 1196 | | Main Street Acquisition | Plan Pyaments: BK 11-77169, WJL-11; 12-49353, \ | Ramona-0881 / Ramona Home Care | Class 2 Small Claims | 2,572.35 |
| Check | 06/06/2014 | 1198 | | FIA Card Services | Plan Payment 11-73169; 12-49353 | Ramona-0881 / Ramona Home Care | Class 2 Other Gen Unsecured Cla | 84.85 |
| Check | 06/09/2014 | 1201 | | Capital Premium Financing | Loan #98918 | Ramona-0881 / Ramona Home Care | Liability Insurance | 495.00 |
| Check | 06/09/2014 | 1202 | | Capital Premium Financing | Loan #91450 | Ramona-0881 / Ramona Home Care | Liability Insurance | 671.00 |
| Check | 06/19/2014 | 1203 | | Capital Premium Financing | Loan #91450 | Ramona-0881 / Ramona Home Care | Liability Insurance | 203.28 |
| Check | 06/05/2014 | 5120 | | PG&E | 1265-7 | Ramona-0881 / Ramona Home Care | PG&E | 263.62 |
| Check | 06/02/2014 | pos | | 99-Cent Market | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 11.18 |
| Check | 06/02/2014 | pos | | Staples | | Ramona-0881 / Ramona Home Care | Supplies | 36.90 |
| Check | 06/02/2014 | pos | | Foodmaxx | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 128.45 |
| Check | 06/02/2014 | pos | | Costco | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 188.56 |
| Check | 06/05/2014 | pos | | 707 Contra Costa - Safeway | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 44.65 |
| Check | 06/13/2014 | POS | | Foodmaxx | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 106.92 |
| Check | 06/13/2014 | POS | | Costco | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 207.15 |
| Check | 06/16/2014 | POS | | Concord Produce | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 17.23 |
| Check | 06/20/2014 | POS | | 707 Contra Costa - Safeway | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 34.12 |
| Check | 06/25/2014 | POS | | Home Depot | | Ramona-0881 / Ramona Home Care | Maintenance & Repair | 21.76 |
| Check | 06/30/2014 | POS | | Concord Produce | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 14.89 |

| Type | Date | Num | Adj | Name | Memo | Account | Description | Credit |
|---|---|---|---|---|---|---|---|---|
| Check | 06/30/2014 | POS | | Foodmaxx | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 82.31 |
| Check | 06/30/2014 | POS | | Foodmaxx | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 82.98 |
| Check | 06/30/2014 | POS | | Costco | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 131.55 |
| Check | 06/30/2014 | POS | | Costco | | Ramona-0881 / Ramona Home Care | Home Care Grocery | 170.49 |
| Check | 06/03/2014 | EFT | | Indymac | Interest Only | Ramona-0881 / Ramona Home Care | Mortgage Interest | 1,191.92 |
| Check | 06/06/2014 | EFT | | Astound | | Ramona-0881 / Ramona Home Care | Comcast | 166.54 |
| Transfer | 06/12/2014 | | | | Funds Transfer | Ramona-0881 / Ramona Home Care | Ramona PR Tax - 6267 | 920.00 |
| Check | 05/15/2014 | | | United States Treasury | | Ramona PR Tax - 6267 | USA Tax Payment - April 2014 | 3,724.00 |
| Check | 06/13/2014 | EFT | | United States Treasury | | Ramona PR Tax - 6267 | USA Tax Payment - May 2014 | 3,595.00 |